IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
CRIMINAL MINUTES - **SENTENCING**

United States of America

       vs                          Case Number: 15-04033-01-CR-C-BCW

Stephen Slaughter

Recorder: Denise Halasey     CRD: C. James
Date: February 22, 2016

Honorable Brian C. Wimes   presiding at Jefferson City, Missouri

Time: 3:29 – 4:00   (3:50 – 3:54 brief recess)
**Dft plead to Counts 1 and 2 on 9/10/15 and plea was accepted this date.**

**APPEARANCES**        Plaintiff:  Larry Miller
                              Defendant:  Troy Stabenow
                              Probation:   Jaime Drummond

- x_ Defendant appears in person and by counsel.
- x_ No legal cause found to delay.
- x_ PSI report received and reviewed by all parties.
- x_ No Additions/Corrections made
- x_ Allocution accorded.
- x_ Dft sentenced to 1 year and 1 day on Counts 1 and 2 to be served concurrently
- _ Dft is to self surrender at the institution on April 7, 2016 by 2:00 pm.
- x_ Special assessment of $200.
- x__ No Restitution
- x__ Fine waived
- x__ Court orders dft to term of   3 years of Supervised Release on counts 1 and 2 to run concurrently.
- x__ Special Conditions of Supervised Release ordered pursuant to part D of the Presentence Investigation Report
- x__ Defendant advised of right to appeal.
- x__ All remaining counts are moved to be dismissed by the Government – Granted.